# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRINT CORPORATION, </br></br> Plaintiff </br></br> v. </br></br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, </br></br> Defendants. | No. 1:16cv1972-RC </br></br> NOTICE AND CERTIFIED REVISED AND SUPPLMENTAL ADMINISTRATIVE RECORD INDEX |

The United States Department of the Interior; Ryan Zinke, in his official capacity as Secretary of the Department of the Interior;[1] the Bureau of Land Management; the Interior Board of Land Appeals; and Michael Nedd, in his official capacity as Acting Director of the Bureau of Land Management, (collectively "Federal Defendants"), notify the Court that on March 20, 2017, Federal Defendants sent Plaintiff a revised and supplemental administrative record for the above-captioned action by overnight mail. Federal Defendants prepared a revised and supplemental administrative record in this matter after the Parties conferred and resolved the issues Plaintiff identified with the administrative record sent to Plaintiff on February 16, 2017.

Pursuant to Local Civil Rule 7(n), Federal Defendants also hereby provide the Court with a certified list of the contents of the revised and supplemental administrative record. Attached hereto as Exhibit 1 is the index listing the administrative record documents, and attached as Exhibit 2 is the certification of the administrative record.

---

[1] Under Federal Rule of Civil Procedure 25(d), Secretary of the Interior Ryan Zinke and Acting Director of the Bureau of Land Management, Michael Nedd, are substituted for their predecessors.

Dated: March 20, 2017                    Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Michelle-Ann C. Williams*
Michelle-Ann C. Williams (MD Bar).
Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C., 20044-7611
Telephone: (202) 305-0420
Facsimile: (202) 305-0506
Email: michelle-ann.williams@usdoj.gov

*Attorney for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2017, I filed the foregoing document electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                              */s/ Michelle-Ann C. Williams*
                                              MICHELLE-ANN C. WILLIAMS

# EXHIBIT 1

*Administrative Record Index*

## Sprint Corp. v. DOI
## Case No. 1:16-cv-01972
## Revised and Supplemental Administrative Record

| Bates Beg | Bates End | Document Date | Author | Document Description | Document Type |
|---|---|---|---|---|---|
| AR-0000001 | AR-0000019 | 8/28/1990 | Chavez, Gilbert; Contel | Plan of Development dated 8/10/1990 - received 8/28/1990 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000020 | AR-0000021 | 10/8/1990 | Hering, Kimberlee M.; Skyline Engineering | Skyline Engineering to BLM Letter concerning mining claims; 2nd letter to BLM concerning sections showing road and pipes | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000022 | AR-0000023 | 10/8/1990 | Hering, Kimberlee M.; Skyline Engineering | Drawings/sections for proposed road | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000024 | AR-0000026 | 10/9/1990 | King, Ronald W., Skyline Engineering | Proposal for construction and access road, site plan | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000027 | AR-0000028 | 11/19/1990 | BLM District manager | Request for Real Estate Appraisal | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000029 | AR-0000047 | 11/20/1990 | Skyline Engineers | Plan of Development, November 20, 1990 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000048 | AR-0000057 | 11/20/1990 | Skyline Engineers | Maps and site plans | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000058 | AR-0000058 | 12/13/1990 | Sizemore, Eernestina | BLM Title Records Worksheet | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000059 | AR-0000060 | 12/13/1990 | Sizemore, Ernestina | BLM ROW Grant/Temporary use permit | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000061 | AR-0000062 | 12/13/1990 | Sizemore, Ernestina | BLM ROW Grant/Temporary use permit | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000063 | AR-0000063 | 12/13/1990 | Sizemore, Ernestina | BLM Map, Exhibit "B" | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000064 | AR-0000065 | 12/30/1991 | BLM | Bill for Collection, form 1371-22 January 1 thru December 31, 1992 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000066 | AR-0000066 | 4/1/1992 | Banegas, Josie | Payment Statement form 1370-10, refund statement | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000067 | AR-0000067 | 4/1/1992 | Sizemore, Ernestina | BLM File note to GTE communications regarding over payment | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000068 | AR-0000069 | 11/16/1992 | BLM | Bill for Collection, form 1371-22 January 1 thru December 31, 1993 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000070 | AR-0000070 | 12/1/1992 | BLM | Envelope, return to sender, from NM RSA Limited Partnership | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000071 | AR-0000071 | 12/10/1992 | Sizemore, Ernestina; Tina | BLM Phone log with GTE regarding bill returned marked undeliverable | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000072 | AR-0000072 | 2/6/1993 | GTE | Copy of check, $2,000 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000073 | AR-0000073 | 6/16/1993 | Sizemore, Tina | BLM Phone log message from Kelly Parajo of GTE about letter dated 5/12/93 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000074 | AR-0000074 | 11/8/1993 | Banegas, Josie G. | BLM Letter to GTE about Section 1003 of the Omnibus 1993, rent 10% above | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000075 | AR-0000076 | 11/18/1993 | BLM | Bill for Collection, form 1371-22 January 1 thru December 31, 1994 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000077 | AR-0000078 | 12/10/1993 | Banegas, Josie G. | BLM Letter to GTE concerning Section 1003 of the Omnibus 1993, rent 10% above | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000079 | AR-0000079 | 2/7/1994 | GTE | Payment Stub | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000080 | AR-0000080 | 2/10/1994 | Aguilar,Vickie | BLM conversation record with GTE re: rent payment | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000081 | AR-0000081 | 4/14/1994 | Aguilar, Vickie | BLM conversation record with GTE re: rental balance due | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000082 | AR-0000082 | 4/15/1994 | Murphy, Timothy M. | BLM Letter to NM RSA 3 Limited Partnership re: FCC licenses | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000083 | AR-0000084 | 4/18/1994 | Aguilar, Vickie | BLM conversation record with GTE re: rental payment due w/ copy of fax transmittal | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000085 | AR-0000085 | 4/28/1994 | Aguilar, Vickie | BLM conversation record with GTE re: address change | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000086 | AR-0000087 | 5/2/1994 | Tina; Aguilar, Vickie | Internal notes between BLM staff re: phone call to GTE about payment due | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000088 | AR-0000088 | 5/11/1994 | Aguilar, Vickie | BLM conversation record with CONTEL re: payment due date and auto pay setup | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000089 | AR-0000089 | 5/16/1994 | GTE | Letter to BLM, Vickie Aguilar re: mailed current FCC license | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000090 | AR-0000090 | 5/16/1994 | FCC | FCC license date of issue 5/12/1993 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000091 | AR-0000091 | 6/10/1994 | BLM | BLM conversation record with GTE re: rental payment, incorrect invoice number | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000092 | AR-0000092 | 6/10/1994 | GTE | Payment stub | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000093 | AR-0000093 | 10/31/1994 | Contel Cellular | Letter to BLM, Vickie Aguilar re: location and contact person and change of address | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000094 | AR-0000095 | 11/15/1994 | BLM | Bill for collection dated 11/15/1994 for 1995 rent | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000096 | AR-0000097 | 1/23/1995 | BLM | ROW cost recovery category and fee determination record | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000098 | AR-0000104 | 2/1/1995 | NM RSA 6 Limited Partnership c/o Contel | Form 299 Application | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000105 | AR-0000171 | 2/1/1995 | NM RSA 6 Limited Partnership | Agreement Establishing NM RSA 6-I Partnership and Articles of Formation | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000172 | AR-0000175 | 2/2/1995 | Contel Cellular | Fax Transmittal to BLM with Technical Data Sheets | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000176 | AR-0000178 | 2/9/1995 | BLM | BLM memo concerning NM RSA 6 amendment application | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000179 | AR-0000181 | 2/9/1995 | BLM | BLM memo concerning NM RSA 6 amendment application with Surnames | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000182 | AR-0000185 | 2/21/1995 | BLM | Letter sent to ROW holders with attached list of holders | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000186 | AR-0000195 | 3/28/1995 | BLM | Decision ROW Amendment Approved w/ copy of ROD/FONSI/map/Modification of EA w/certified return receipt | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000196 | AR-0000196 | 4/17/1995 | BLM | BLM Compliance Inspection of Contel conducted 4/17/1995 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000197 | AR-0000197 | 5/4/1995 | MFB Services | Letter to BLM concerning change address for correspondence to MFB | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000198 | AR-0000199 | 11/30/1995 | BLM | Bill for collection dated 11/30/1995 for 1996 rent | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000200 | AR-0000204 | 12/15/1995 | BLM | Letter to Holders with rent schedule as published in the FR 11/13/1995 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000205 | AR-0000205 | 5/20/1996 | BLM | BLM conversation record with NMRSA Contel re: address and phone no. change | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000206 | AR-0000212 | 5/22/1996 | BLM | BLM to Holders concerning changes in rental procedures | Case File for The Appeal of Sprint Corporation-NMNM083847 |

Sprint Corp. v. DOI
Case No. 1:16-cv-01972
Revised and Supplemental Administrative Record

| | | | | | |
|---|---|---|---|---|---|
| AR-0000213 | AR-0000213 | 5/30/1996 | Dunn, Jerry C. | GTE to BLM letter concerning notice of merger, change of name, address and phone | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000214 | AR-0000226 | 5/30/1996 | GTE | Articles of Incorporation | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000227 | AR-0000246 | 5/30/1996 | GTE | By-Laws and Articles | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000247 | AR-0000247 | 6/6/1996 | BLM | Letter to GTE concerning additional documents needed for name change | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000248 | AR-0000248 | 7/25/1996 | GTE | State of New Mexico Certificate of Good Standing and Compliance | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000249 | AR-0000249 | 7/30/1996 | BLM | Letter to GTE concerning name and address change recognized | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000250 | AR-0000257 | 9/11/1996 | Rundell, Linda S. C. | Letter to GTE concerning new regulation on communications rent | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000258 | AR-0000259 | 10/15/1996 | GTE | Communications site users inventory received 10/15/1996 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000260 | AR-0000260 | 12/19/1996 | BLM | Rental Calculation Worksheet - Bill year 1997 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000261 | AR-0000264 | 12/24/1996 | Sanders, Tim L. for Murphy, Timothy M. | BLM Decision Rental determination under rental schedule for communications sites w/certified return receipt card | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000265 | AR-0000267 | 1/17/1997 | Sanders, Tim L. for Murphy, Timothy M. | BLM letter to GTE concerning rental balance due w/certified return receipt card | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000268 | AR-0000268 | 3/5/1997 | BLM | Fax transmittal sheet dated 3/5/97 to Janil Allen bill for collection | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000269 | AR-0000270 | 11/4/1997 | GTE | Communications site users inventory received 9/25/1997 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000271 | AR-0000271 | 11/17/1997 | GTE | Certificate of Insurance dated 11/3/1997 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000272 | AR-0000273 | 7/6/1998 | Morothy, Judith A | Rental Calculation Worksheet - Bill year 1998 and Certificate of Insurance 6/27/1998 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000274 | AR-0000281 | 10/16/1998 | Custer, Thomas for Sanders, Tim L | BLM to Holders notice concerning non-receipt of inventory forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000282 | AR-0000282 | 10/23/1998 | GTE | Use invenotry worksheet | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000283 | AR-0000283 | 11/17/1998 | BLM | Rental Calculation Worksheet - Bill year 1999 | |
| AR-0000284 | AR-0000284 | 6/4/1999 | GTE | Certificate of insuranced dated 6/4/1999 | |
| AR-0000285 | AR-0000285 | 9/15/1999 | Jentgen, Russell | BLM letter to holders concerning inventory forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000286 | AR-0000287 | 10/15/1999 | New Mexico RSA 6-1 Partnership | Communication Site Users Inventory received 10/15/1999 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000288 | AR-0000288 | 11/17/1999 | Aguilar, Victoria | Rental Calculation Worksheet - Bill year 2000 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000289 | AR-0000289 | 2/23/2000 | Aguilar, Victoria | Conversation Record | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000290 | AR-0000290 | 2/23/2000 | GTE | Letter to BLM re: Inquiry Status of Assignment 2/11/2000 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000291 | AR-0000291 | 2/23/2000 | GTE | Letter to BLM re: Notice of Name Change and Notice of Assignment 1/14/2000 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000292 | AR-0000292 | 5/4/2000 | Aguilar, Victoria | BLM Conversation Record concerning assignment GTE to Crown | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000293 | AR-0000293 | 5/4/2000 | Rotvig, Timothy A. | Attachment to Conversation Record concerning GTE to Crown assignment; GTE to BLM letter received 4/6/2000 concerning assignment | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000294 | AR-0000294 | 5/4/2000 | Sanders, Tim L. | Attachment to Conversation Record concerning GTE to Crown assignment; BLM Letter to GTE dated 2/24/2000 concerning receipt of Consent to Assignment forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000295 | AR-0000296 | 5/15/2000 | Sanders, Tim L. | BLM Letter to GTE concerning Application Forms for Assignment | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000297 | AR-0000297 | 6/12/2000 | Wallander, Edward W. | Crown to BLM letter concerning transfer of ownership, GTE to Crown | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000298 | AR-0000298 | 6/20/2000 | Wallander, Edward W. | Crown to BLM letter concerning transfer of ownership, GTE to Crown | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000299 | AR-0000301 | 7/25/2000 | BLM | Right-Of-Way Cost Recovery Determination | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000302 | AR-0000302 | 8/23/2000 | Gutierrez, Les F. | Crown Request to Amend Existing Authorization | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000303 | AR-0000306 | 8/23/2000 | Gutierrez, Les F. | Crown's Application For Amendment Existing Authorization | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000307 | AR-0000310 | 8/23/2000 | Gutierrez, Les F. | Crown's Maps, Survey Plat and Site Plan | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000311 | AR-0000314 | 9/5/2000 | McClure, Heather R. | Crown request for Consent to Subletting w/certified return receipt card | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000315 | AR-0000315 | 9/6/2000 | BLM | Receipt and Accounting Advice | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000316 | AR-0000323 | 9/25/2000 | Gutierrez, Les F. | FAX to BLM re: Assignment from NM RSA 6 Limited Partnership | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000324 | AR-0000324 | 10/3/2000 | Custer, Thomas | Letter to Crown concerning documents to Apply for Assignment of Right-Of-Way | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000325 | AR-0000325 | 10/18/2000 | Sanders, Tim L. | BLM to Holders notice concerning non-receipt of inventory forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000326 | AR-0000333 | 11/2/2000 | Gutierrez, Les F. | FAX to BLM re: Assignment from NM RSA 6 Partnership to Crown Castle | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000334 | AR-0000334 | 11/20/2000 | BLM | NEPA Project Information Sheet | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000335 | AR-0000336 | 11/27/2000 | Nagle, Christina | Communications Site Users Inventory dated 11/27/2000 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000337 | AR-0000337 | 11/30/2000 | Gardiner, Nancy | Crown Letter to BLM re: Submission of Application and Fees | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000338 | AR-0000345 | 11/30/2000 | Gardiner, Nancy | Crown's Application For Assignment of Existing Authorization | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000346 | AR-0000346 | 12/11/2000 | BLM | Rental Calculation Worksheet - Bill year 2001 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000347 | AR-0000353 | 12/11/2000 | Rhodes, Geri | Crown to BLM letter concerning installation of antennas for Nextel w/triplicate consent to sublease forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |

## Sprint Corp. v. DOI
## Case No. 1:16-cv-01972
## Revised and Supplemental Administrative Record

| | | | | | |
|---|---|---|---|---|---|
| AR-0000354 | AR-0000356 | 12/18/2000 | Sanders, Tim L. | BLM Decision re: Right-of-Way Assignment Approved | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000357 | AR-0000357 | 12/18/2000 | Aguilar, Victoria | BLM Conversation Record | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000358 | AR-0000361 | 12/21/2000 | BLM | Categorical Exclusion Review and Decision | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000362 | AR-0000365 | 1/2/2001 | Rhodes, Geri | Fax to BLM re: Request for Landlord Consent to Sublease | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000366 | AR-0000367 | 1/9/2001 | Brooks, Leonard T. | BLM Decision re: Right-of-Way Amendment Approved | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000368 | AR-0000368 | 1/9/2001 | Cobb, Stephen E. | Exhibit A: Plat of Survey | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000369 | AR-0000370 | 1/24/2001 | Rhodes, Geri | Fax to BLM re: FCC License for Nextel Communications | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000371 | AR-0000372 | 1/24/2001 | Brooks, Leonard T. | BLM Decision re: Right-of-Way Amendment Approved | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000373 | AR-0000373 | 1/24/2001 | Aguilar, Victoria | BLM Conversation Record | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000374 | AR-0000374 | 2/5/2001 | Gutierrez, Les F. | Crown Fax to BLM re: Acknowledgement of Receiving Decision for Amendment | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000375 | AR-0000375 | 2/8/2001 | Olson, Victor E. | Engineer Drawings facilities Site Plan expansion | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000376 | AR-0000376 | 11/8/2001 | Sanders, Tim L. | BLM Letter to Michael F. Branon re: Transmittal of Assignment Decision Letters | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000377 | AR-0000377 | 0/0/2002 | Crown Castle GT Company LLC | Communication Site Users Inventory received 1/10/2002 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000378 | AR-0000379 | 1/10/2002 | BLM | Bill for Collection of Rental | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000380 | AR-0000380 | 1/10/2002 | BLM | Rental Calculation Worksheet - Bill year 2002 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000381 | AR-0000381 | 3/14/2002 | DeForge, Allen | Downs Rachlin Martin to BLM Execution of Memoranda of Leases for Communication Sites | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000382 | AR-0000382 | 3/29/2002 | Goff, Carsten F. | BLM notice concerning requested the execution of Memoranda of Lease for ROWs NMNM 82560, 83847, 94722, and 95058 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000383 | AR-0000383 | 4/22/2002 | Conroy, Kevin W. | Notification that Crown offices have relocated | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000384 | AR-0000384 | 9/16/2002 | DeForge, Allen | Downs Rachlin Martin to BLM enclosing recorded Copy of Memorandum of Lease for Site: NM0009 - OROGRANDE - 815599 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000385 | AR-0000388 | 9/16/2002 | Ward, Robert D. | Crown Affidavit and Memorandum of Lease, Dated 06/14/02 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000389 | AR-0000389 | 10/3/2002 | Sanders, Tim L. | BLM notice concerning FCC Licenses expired for NMNM 040808, 082560, and 083847. | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000390 | AR-0000390 | 11/7/2002 | Elia, Lisa | Enclosed copy of the FCC license for Alamosa PCS, NMNM 83847 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000391 | AR-0000391 | 11/7/2002 | FCC | Radio Station Authorization, Dated 11/04/02 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000392 | AR-0000392 | 11/7/2002 | Crown | Envelope to USDOI, Dated 11/05/02 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000393 | AR-0000393 | 11/8/2002 | Elia, Lisa | Response letter from Crown to BLM stating licensees for the licenses are no longer on these towers | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000394 | AR-0000394 | 11/13/2002 | Nagle, Christina | Crown letter to BLM concerning Your Tower Site Lease Agreement, soliciting to purchase land | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000395 | AR-0000395 | 11/15/2002 | Sanders, Tim L. | BLM to Holders notice concerning non-receipt of inventory forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000396 | AR-0000397 | 12/2/2002 | Elia, Lisa | Communications Site Users Inventory received 12/2/2002 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000398 | AR-0000398 | 12/19/2002 | Van Matre, L. Dean | BLM Examination of Case/Card Record Request, NMNM 83847 Form 1274-11 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000399 | AR-0000399 | 6/25/2003 | Sanders, Tim L. | BLM letter to holders concerning period inspections | |
| AR-0000400 | AR-0000400 | 9/4/2003 | Sanders, Tim L. | BLM letter to holders concerning inventory forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000401 | AR-0000402 | 10/7/2003 | Gittinger, Schott H. | Communications Site Users Inventory received 10/7/2003 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000403 | AR-0000404 | 11/21/2003 | BLM | Rental Calculation Worksheet - Bill year 2004 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000405 | AR-0000405 | 12/12/2003 | BLM | Rental Calculation Worksheet - Bill year 2003 | |
| AR-0000406 | AR-0000406 | 2/17/2004 | Sanders, Tim L. | BLM notice to Holders request for Compliance Self-Certification Statement | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000407 | AR-0000407 | 11/8/2004 | Conroy, Kevin W. | Your Tower Site Lease Agreement, soliciting to purchase land for Site ID 814267 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000408 | AR-0000408 | 11/16/2004 | Sanders, Tim L. | In receipt of letters dated 10/19/04 for ROWs NMNM 40808, 57087, 82560, 83847, 94722, 94748, 95058, and 96518 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000409 | AR-0000409 | 11/30/2004 | Unknown signature | Communications Site Users Inventory dated 11/30/2004 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000410 | AR-0000410 | 12/1/2004 | BLM | Rental Calculation Worksheet - Bill year 2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000411 | AR-0000411 | 12/2/2004 | Unknown signature | Communications Site Users Inventory received 12/2/2004 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000412 | AR-0000412 | 1/4/2005 | Aguilar, Vickie | BLM Memorandum for estoppel letter, relative to ROW NMNM 95058 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000413 | AR-0000413 | 1/19/2005 | Sanders, Tim L. | BLM to Crown letter concerning estoppel letters | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000414 | AR-0000415 | 1/19/2005 | Conroy, Kevin W. | Enclosure 1 of BLM to Crown letter dated 1/19/2005; Crown to BLM letter received 1/6/2005 concerning lease agreements w/Crown at Orogrande Site - contains Sanders, Tim initials | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000416 | AR-0000416 | 1/19/2005 | Brown, Jay A. | Enclosure 2 of BLM to Crown letter dated 1/19/2005; signature page associated w/enclosure 2 dated 1/19/2004 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000417 | AR-0000417 | 1/19/2005 | Crown | Enclosure 3 of BLM to Crown letter dated 1/19/2005; Exhibit A, Orogrande 2 Cac | Case File for The Appeal of Sprint Corporation-NMNM083847 |

## Sprint Corp. v. DOI
## Case No. 1:16-cv-01972
## Revised and Supplemental Administrative Record

| | | | | | |
|---|---|---|---|---|---|
| AR-0000418 | AR-0000418 | 1/19/2005 | Conroy, Kevin W. | Enclosure 4 of BLM to Crown letter dated 1/19/2005; Crown to BLM letter received 1/6/2005 concerning estoppel letters and lease agreements | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000419 | AR-0000420 | 1/19/2005 | None | Enclosure 5 of BLM to Crown letter dated 1/19/2005; frequently asked questions associated w/enclosure 4 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000421 | AR-0000422 | 2/22/2005 | BLM | CBS Transaction # 1066919, Receipt # 1030583 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000423 | AR-0000423 | 3/7/2005 | Aguilar, Vickie | Email concerning Crown advance request to renew ROW NMNM 83847 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000424 | AR-0000424 | 3/28/2005 | Mayes, Angel | BLM Orogrande North, Main and South Topo Map | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000425 | AR-0000426 | 3/29/2005 | Mayes, Angel | BLM Orogrande Communications Site Users | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000427 | AR-0000429 | 3/29/2005 | Mayes, Angel | BLM Orogrande North, Main and South Map - 3 sites | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000430 | AR-0000430 | 3/30/2005 | Torrez, Joseph for Sanders, Tim L. | BLM Compliance Check report - conducted 3/10/2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000431 | AR-0000431 | 7/26/2005 | Aguilar, Vickie | Emails concerning renewal application not received for NMNM 083847 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000432 | AR-0000434 | 7/26/2005 | BLM | ROW Processing Fee Category Determination Decision worksheet for NMNM 083847 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000435 | AR-0000435 | 7/26/2006 | Chavez, Albert | BLM internal email to Ms. Aguilar re: Processing fee determination. Actual date is 7/26/2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000436 | AR-0000436 | 8/12/2005 | Torrez, Joseph | BLM communications site ROW to expire letter for NMNM 83847 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000437 | AR-0000437 | 9/15/2005 | BLM | CBS Transaction # 1190835, Receipt # 1151432 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000438 | AR-0000438 | 9/15/2005 | Poth, Bryan D. | Crown to BLM cover letter concerning form 299 for ROW renewal | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000439 | AR-0000442 | 9/15/2005 | Poth, Bryan D. | Enclosure of Crown to BLM cover letter received 9/19/2005 w/Form 299 renewal application missing page 3 of 4 of the form, includes map | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000443 | AR-0000443 | 11/28/2005 | Poth, Bryan D. | Communication Site Users Inventory received 11/28/2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000444 | AR-0000445 | 11/28/2005 | Sanders, Tim L. | Categorical Exclusion NM-030-2006-0019 for renewal of Oro-Grande Communication Site NMNM 83847 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000446 | AR-0000446 | 11/29/2005 | BLM | Rental Calculation Worksheet - Bill year 2006 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000447 | AR-0000447 | 12/2/2005 | Poth, Bryan D. | Communication Site Users Inventory received 12/2/2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000448 | AR-0000449 | 12/8/2005 | Besse, John for Sanders, Tim L. | ROW offer letter (BLM Form 2800-18) for NMNM 083847 w/FedEx receipt | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000450 | AR-0000453 | 12/8/2005 | BLM | Enclosure 1 of offer letter dated 12/8/2005 - Unsigned Communications Use Lease to Crown No date | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000454 | AR-0000456 | 12/8/2005 | BLM | Exhibit A of Enclosure 1 of offer letter dated 12/8/2005 - Decision to GTE Assignment Approved 12/18/2000 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000457 | AR-0000470 | 12/8/2005 | BLM | Exhibit B of Enclosure 1 of offer letter dated 12/8/2005 - Environmental Assessment for Communication Site 11/27/1990 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000471 | AR-0000477 | 12/8/2005 | BLM | Exhibit C of Enclosure 1 of offer letter dated 12/8/2005 - BLM Letter to New Mexico RSA 6 Limited Partnership re: ROW Amendment Approved 3/28/1995 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000478 | AR-0000478 | 12/19/2005 | Aguilar, Victoria | BLM Email to Bryan Poth, Crown re: Request to return package | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000479 | AR-0000480 | 12/19/2005 | Aguilar, Victoria | BLM Email to Bryan Poth, Crown re: Response to Crown questions | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000481 | AR-0000481 | 1/9/2006 | Poth, Bryan | BLM Letter to BLM Victoria Aguilar re: Signed Crown leases returned to BLM | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000482 | AR-0000485 | 1/10/2006 | Sanders, Tim L. | BLM to Crown Decision conerning Renewal Lease 1/10/2006 w/certified return receipt card | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000486 | AR-0000489 | 1/10/2006 | BLM | Enclosure of BLM decision dated 1/10/2006 - Executed Lease to Crown 1/10/2006 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000490 | AR-0000491 | 1/10/2006 | Cobb, Steven | Exhibit A of Lease dated 1/10/2006 - Site Survey | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000492 | AR-0000505 | 1/10/2006 | BLM | Exhibit B of Lease dated 1/10/2006 - Environmental Assessment | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000506 | AR-0000512 | 1/10/2006 | BLM | Exhibit C of Lease dated 1/10/2006 - Decision of Amendments | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000513 | AR-0000513 | 1/17/2006 | BLM | Bill Summary for 11/29/2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000514 | AR-0000514 | 2/1/2006 | BLM | Receipt $4,003.38 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000515 | AR-0000515 | 2/2/2006 | BLM | Bill Summary for 11/29/2005 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000516 | AR-0000516 | 2/13/2006 | BLM | Receipt $400.34 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000517 | AR-0000518 | 9/28/2006 | BLM | Rental Calculation Worksheet - Bill year 2007 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000519 | AR-0000519 | 11/22/2006 | Richards, Karla | Communication Site Users Inventory received 11/22/2006 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000520 | AR-0000523 | 11/27/2006 | Richards, Karla; Aguilar, Victoria | Email between Crown and BLM concerning inventory forms | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000524 | AR-0000524 | 12/29/2006 | BLM | Bill $4,167.51 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000525 | AR-0000525 | 9/26/2007 | Seum, Edward for Sanders, Tim L. | BLM to Holders notice concerning inventory worksheets due | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000526 | AR-0000526 | 10/9/2007 | Crown | Communications site users inventory received 10/9/2007 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000527 | AR-0000527 | 10/25/2007 | BLM | Rental Calculation Worksheet - Bill year 2008 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000528 | AR-0000528 | 12/31/2007 | BLM | Receipt $4,267.54 | Case File for The Appeal of Sprint Corporation-NMNM083847 |

## Sprint Corp. v. DOI
## Case No. 1:16-cv-01972
## Revised and Supplemental Administrative Record

| | | | | | |
|---|---|---|---|---|---|
| AR-0000529 | AR-0000532 | 2/5/2008 | Willis North America, Inc. | Certificate of Liability Insurance - revised | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000533 | AR-0000536 | 2/5/2008 | Willis North America, Inc. | Certificate of Liability Insurance | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000537 | AR-0000540 | 4/15/2008 | Willis North America, Inc. | Certificate of Liability Insurance | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000541 | AR-0000591 | 7/25/2008 | Sander, Tim | BLM Communication Site Management Plan - Orogrande | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000592 | AR-0000592 | 10/22/2008 | BLM | Rental Calculation Worksheet - Bill year 2009 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000593 | AR-0000593 | 10/29/2008 | Crown | Communications site users inventory received 10/29/2008 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000594 | AR-0000595 | 12/31/2008 | BLM | Receipt $25,989.29 - includes $4,480.91 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000596 | AR-0000596 | 10/13/2009 | Crown | Communications site users inventory received 10/13/2009 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000597 | AR-0000597 | 10/15/2009 | BLM | Rental Calculation Worksheet - Bill year 2010 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000598 | AR-0000598 | 10/15/2009 | Sanders, Tim L. | BLM to Holders notice concerning inventory worksheets due | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000599 | AR-0000599 | 10/19/2009 | Crown | Communications site users inventory received 10/19/2009 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000600 | AR-0000600 | 1/14/2010 | Chavez, Albert; Aguilar, Victoria; Seum, Edward | BLM compliance inspection form - conducted 11/18/2009 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000601 | AR-0000601 | 10/4/2010 | Graves, Eric | Communications site users inventory received 10/4/2010 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000602 | AR-0000602 | 00/00/2011 | BLM | Rental Calculation Worksheet - Bill year 2011 - report run date 1/6/2017 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000603 | AR-0000604 | 00/00/2012 | Krein, Dawn | Communications site users inventory dated 9/28/2011 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000605 | AR-0000605 | 00/00/2012 | BLM | Rental Calculation Worksheet - Bill year 2012 - report run date 1/6/2017 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000606 | AR-0000606 | 11/30/2012 | Johnson, Lisa | Communications site users inventory received 11/30/2012 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000607 | AR-0000607 | 00/00/2013 | BLM | Rental Calculation Worksheet - Bill year 2013 - report run date 1/6/2017 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000608 | AR-0000625 | 4/23/2013 | Siegman, Karen | Crown Site Plan sent to BLM Realty Specialist Carl Krause | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000626 | AR-0000626 | 4/24/2013 | Krause, Carl; Seum, Edward | BLM compliance inspection form - conducted 4/23/2013 | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000627 | AR-0000628 | 4/25/2013 | BLM | Serial Register Page | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000629 | AR-0000631 | 8/9/2013 | Wallace, David; Krause, Carl | BLM notice to Crown concerning compliance inspection - scheduled 9/18/2013 w/certified return receipt card | Case File for The Appeal of Sprint Corporation-NMNM083847 |
| AR-0000632 | AR-0000634 | 00/00/2013 | BLM | BLM written notes of use by Sprint at Orogrande Communications Site; Facilities drawings | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000635 | AR-0000637 | 00/00/2013 | Krause, Carl | BLM - Google Earth historic photos 10/05/1996, 01/03/2003, 07/30/2005 | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000638 | AR-0000642 | 4/24/2013 | Krause, Carl | BLM file memo, LR2000 report documenting no authorization to Sprint on Orogrande South | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000643 | AR-0000647 | 4/24/2013 | Krause, Carl | BLM file memo, photographs taken of Sprint equipment on Orogrande South | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000648 | AR-0000649 | 4/29/2013 | Krause, Carl | BLM Initial Report of Unauthorized Use - Sprint | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000650 | AR-0000651 | 5/9/2013 | McDonough, Phillip | Crown email re: Sprint/Nextel Contact - BLM seeking contact info | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000652 | AR-0000652 | 5/10/2013 | Krause, Carl | BLM Telephone conversation log re: outreach to Sprint/Nextel | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000653 | AR-0000653 | 5/13/2013 | Wilson, Robert | BLM internal email to Carl Krause, re: Sprint contact info | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000654 | AR-0000654 | 5/28/2013 | Krause, Carl | BLM Telephone conversation log concerning Sprint/Nextel unauthorized use at Orogrande | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000655 | AR-0000658 | 5/29/2013 | Wallace, David; Krause, Carl | BLM Trespass Notice to Sprint Nextel Corporation w/certified mail receipt card | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000659 | AR-0000661 | 7/3/2013 | Beaudoin, John | Sprint letter to BLM re: Sprint/Nextel not liable for trespass | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000662 | AR-0000669 | 7/10/2013 | Matarrese, Pamela | Email to BLM re: delivery of Sprint response letter w/Fedex shipment label | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000670 | AR-0000678 | 7/23/2013 | Wallace, David; Krause, Carl | BLM letter to Sprint re: Trespass Notice - Monies Owed w/Certified Return Receipt Card | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000679 | AR-0000680 | 8/27/2013 | BLM | Receipt for monies owed $86,931.96 | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000681 | AR-0000682 | 8/28/2013 | Uram, Robert | Sheppard Mullin letter to BLM, Sprint Notice of Appeal | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000683 | AR-0000694 | 8/28/2013 | Sprint Corporation; Sheppard Mullin | Notice of Appeal of BLM Decision NMNM 130476 | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000695 | AR-0000695 | 8/28/2013 | Sprint Corporation; Sheppard Mullin | FedEx mailing label | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000696 | AR-0000696 | 8/30/2013 | BLM | LR2000 Report NMNM 130467 | Case File for The Appeal of Sprint Corporation-NMNM130476 |
| AR-0000697 | AR-0000699 | 00/00/2013 | Crown | Engineer Drawings | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000700 | AR-0000702 | 00/00/2013 | Unknown | Google earth images | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000703 | AR-0000707 | 4/24/2013 | Krause, Carl | BLM File Memo w/LR2000 report concerning other pending/existing authorizations | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000708 | AR-0000711 | 4/24/2013 | Krause, Carl | BLM File Memo w/photos of Nextel equipment | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000712 | AR-0000713 | 4/29/2013 | Krause, Carl | BLM Initial Report of Unauthorized Use | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000714 | AR-0000715 | 5/9/2013 | Krause, Carl; Lentz, Stephanie; McDonough, Phillip | Email between BLM and Crown concerning Sprint/Nextel contact information | Case File for The Appeal of Sprint Corporation-NMNM130477 |

Sprint Corp. v. DOI
Case No. 1:16-cv-01972
Revised and Supplemental Administrative Record

| | | | | | |
|---|---|---|---|---|---|
| AR-0000716 | AR-0000716 | 5/10/2013 | Krause, Carl | BLM Conversation Log w/Pam Mahoney concerning attempt to determine Sprint/Nextel authorization at Orogrande South Communications Site | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000717 | AR-0000717 | 5/28/2013 | Krause, Carl | BLM Conversation Log w/Pamela Matarrese concerning findings of unauthorized use at Orogrande Communications Site | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000718 | AR-0000718 | 5/28/2013 | Wilson, Robert | Email between BLM staff concerning Spring contact information | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000719 | AR-0000722 | 5/29/2013 | Wallace, David L. | BLM Trespass Notice to Sprint Nextel Corporation w/certified mail receipt card | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000723 | AR-0000725 | 7/3/2013 | Beaudoin, John E. | Sprint letter to BLM concerning Trespass Notice dated 5/29/2013 w/FedEx delivery receipt | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000726 | AR-0000733 | 7/10/2013 | Matarrese, Pamela; Krause, Carl; | Email between BLM and Sprint concerning delivery of response to Notice of Trespass dated 5/29/2013 , (Sprint response and receipt of delivery attached). | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000734 | AR-0000741 | 7/23/2013 | Wallace, David L. | BLM Decision Trespass Notice-Monies Owed w/Trespass Cost Calculation Sheet dated 7/19/2013 and certified mail receipt | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000742 | AR-0000742 | 7/29/2013 | USPS | USPS Track and Confirm receipt | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000743 | AR-0000744 | 8/27/2013 | Uram, Robert J. | Sheppard Mullin Richter & Hampton LLP letter to BLM concerning Sprint's Notice of Appeal of BLM decision and payment $100,123.96 | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000745 | AR-0000757 | 8/27/2013 | Uram, Robert J.; Merritt, Alexander L. | Sheppard Mullin Richter & Hampton LLP Notice of Appeal of BLM Decision NMNM 130477 w/exhibits | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000758 | AR-0000759 | 8/27/2013 | BLM; Sprint Nextel | BLM Receipt of payment $100,123.96 w/Sprint Nextel check stub | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000760 | AR-0000760 | 8/30/2013 | BLM | BLM Serial Register Page, Case Recordation for NMN M 130477 | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000761 | AR-0000761 | 8/30/2013 | Krause, Carl | BLM File Memo concerning routing of original case file to IBLA | Case File for The Appeal of Sprint Corporation-NMNM130477 |
| AR-0000762 | AR-0000775 | 8/28/2013 | Uram, Robert J. | Sheppard Mullin to BLM Cover Letter enclosing Notice of Appeal and payment of $86,931.96 for NMNM 130476; w/attached Notice of Appeal NMNM 130476 and its exhibits (BLM Decision Trespass Notice dated 7/23/2013); and Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000776 | AR-0000789 | 8/28/2013 | Uram, Robert J. | Sheppard Mullin to BLM Cover Letter enclosing Notice of Appeal and payment of $100,123.96 for NMNM 130477; w/attached Notice of Appeal NMNM 130477 and its exhibits(BLM Decision Trespass Notice dated 7/23/2013); and Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000790 | AR-0000790 | 9/17/2013 | Moran, Jill | BLM Cover Letter to IBLA request for docket and enclosing Sprint Corporation Notice of Appeal for NMNM 130477 | Sprint v BLM Filings-Litigation Documents |
| AR-0000791 | AR-0000791 | 9/18/2013 | Moran, Jill | BLM Cover Letter to IBLA enclosing case file for NMNM 130477 | Sprint v BLM Filings-Litigation Documents |
| AR-0000792 | AR-0000792 | 9/19/2013 | Moran, Jill | BLM Cover Letter to IBLA request for docket and enclosing Sprint Corporation Notice of Appeal for NMNM 130476 | Sprint v BLM Filings-Litigation Documents |
| AR-0000793 | AR-0000793 | 9/19/2013 | Moran, Jill | BLM Cover Letter to IBLA enclosing case file for NMNM 130476 | Sprint v BLM Filings-Litigation Documents |
| AR-0000794 | AR-0000795 | 9/20/2013 | Merritt, Alexander L. | Sheppard Mullin to IBLA enclosing Notice of Appeal for NMNM 130476 and NMNM 130477; including Unopposed Motion for Extension to file Statement of Reasons, | Sprint v BLM Filings-Litigation Documents |
| AR-0000796 | AR-0000801 | 9/20/2013 | Uram, Robert J.; Merritt, Alexander L. | Unopposed Motion for Extension of Time to File Statement or Reasons NMNM 130476 w/appended emails and Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000802 | AR-0000803 | 9/20/2013 | Uram, Robert J; Merritt, Alexander L. | Proposed Order Granting Unopposed motion for Extension of Time to File Statement of Reasons NMNM 130476 w/Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000804 | AR-0000815 | 9/20/2013 | Uram, Robert J.; Merritt, Alexander L. | Notice of Appeal of BLM Decision NMNM 130476 and exhibits w/Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000816 | AR-0000821 | 9/20/2013 | Uram, Robert J.; Merritt, Alexander L. | Unopposed Motion for Extension of Time to File Statement or Reasons NMNM 130477 w/appended emails and Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000822 | AR-0000823 | 9/20/2013 | Uram, Robert J.; Merritt, Alexander L. | Proposed Order Granting Unopposed motion for Extension of Time to File Statement of Reasons NMNM 130477 w/Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000824 | AR-0000835 | 9/20/2013 | Uram, Robert J.; Merritt, Alexander L. | Notice of Appeal of BLM Decision NMNM 130477 and exhibits w/Certificate of Service | Sprint v BLM Filings-Litigation Documents |
| AR-0000836 | AR-0000836 | 9/24/2013 | Roberts, James F. | IBLA letter acknowledging receipt of Appeal and docketing of NMNM 130477 under IBLA-2013-0225 | Sprint v BLM Filings-Litigation Documents |
| AR-0000837 | AR-0000838 | 9/25/2013 | Price, T. Britt | IBLA Order Extension of Time Granted NMNM 130477 | Sprint v BLM Filings-Litigation Documents |
| AR-0000839 | AR-0000840 | 9/30/2013 | Price, T. Britt | IBLA Order Extension of Time Granted NMNM 130476 | Sprint v BLM Filings-Litigation Documents |
| AR-0000841 | AR-0000841 | 11/4/2013 | Moran, Jill | BLM to IBLA Cover Letter enclosing case file records NMNM 130476 and NMNM 130477 - IBLA Nos. 2013-224 and 2013-225 | Sprint v BLM Filings-Litigation Documents |

# Sprint Corp. v. DOI
## Case No. 1:16-cv-01972
## Revised and Supplemental Administrative Record

| | | | | | |
|---|---|---|---|---|---|
| AR-0000842 | AR-0001082 | 11/27/2013 | Uram, Robert J.; Merritt, Alexander L. | Sheppard Mullin to IBLA Statement of Reasons NMNM 130476 w/attachments | Sprint v BLM Filings-Litigation Documents |
| AR-0001083 | AR-0001323 | 11/27/2013 | Uram, Robert J.; Merritt, Alexander L. | Sheppard Mullin to IBLA Statement of Reasons NMNM 130477 w/attachments | Sprint v BLM Filings-Litigation Documents |
| AR-0001324 | AR-0001332 | 12/20/2013 | Marsan, Joan | Solicitor to IBLA letter concerning Motions for separate but related appeals NMNM 130476, NMNM 130477, and NMNM 104420; Motions requesting Extension of Time, Consolidation of IBLA Nos. 2013-224, 2013-225, and 2013-226; and Stay IBLA No 2014-0014 | Sprint v BLM Filings-Litigation Documents |
| AR-0001333 | AR-0001339 | 12/30/2013 | Price, T. Britt | IBLA Order consolidating 2013-224 and 2013-225; Granting Extension to file Statement of Reasons | Sprint v BLM Filings-Litigation Documents |
| AR-0001340 | AR-0001360 | 2/27/2014 | Marsan, Joan | Solicitor to IBLA Answer to Sprint Appeals NMNM 130476 and NMNM 130477 | Sprint v BLM Filings-Litigation Documents |
| AR-0001361 | AR-0001370 | 3/19/2014 | Uram, Robert J.; Merritt, Alexander L. | Sheppard Mullin to IBLA Reply Brief IBLA Nos. 2013-224 and 2013-225; NMNM 130476 NMNM 130477 | Sprint v BLM Filings-Litigation Documents |
| AR-0001371 | AR-0001381 | 9/8/2015 | Sosin, Amy B.; Jackson, James K. | IBLA Decision Sprint Corporation IBLA 2013-224, et al. | Sprint v BLM Filings-Litigation Documents |

# EXHIBIT 2

*Certification of the Administrative Record*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SPRINT CORPORATION,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | No. 1:16cv1972-RC<br><br>**CERTIFICATION OF REVISED AND SUPPLEMENTAL ADMINISTRATIVE RECORD** |

I, _Lilia N. Robledo_, am employed by the Bureau of Land Management in the United States Department of the Interior, as a _Realty Specialist_. I have been employed in this capacity since _2010_. I participated in the compilation of the revised and supplemental administrative record for the claims challenged in Plaintiff's complaint, and I am one of the custodians of record.

I hereby certify that the documents listed in the attached index for the revised and supplemental administrative record, and included in the revised and supplemental administrative record, are to the best of my knowledge true and correct.

I swear under penalty of perjury that the foregoing is true and correct.

This 20th day of March, 2017.

Lilia Robledo
Realty Specialist
Bureau of Land Management
Las Cruces, New Mexico